IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEON MANSON,

    Petitioner,

v.                                    Case No. 4:20-cv-306-AW-MAF

WILLIAM P. BARR, et al.,

    Respondents.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Leon Manson initiated this action by filing a "Motion for Appointment of Counsel Pursuant to 18 U.S.C. § 3006A." ECF No. 1. The magistrate judge directed Manson to file a habeas petition on the proper form and to either pay the filing fee or submit an IFP motion. Manson did nothing, so the magistrate judge deemed the matter abandoned and now recommends dismissal. ECF No. 4. Manson has filed no objection to the report and recommendation. The docket shows the report and recommendation mailed to him was returned as undeliverable because Manson was no longer at the address he provided. This is further evidence he has abandoned this litigation, as he was instructed to keep the court apprised of any address changes. ECF No. 2

It is now ORDERED that the report and recommendation (ECF No. 4) is adopted and incorporated into this order. The clerk will enter a judgment that says,

1

"This case is dismissed for failure to prosecute and failure to comply with a court order." The clerk will close the file.

SO ORDERED on August 22, 2020.

s/ *Allen Winsor*
United States District Judge